## IN THE UNITED STATES DISTRICT COURT OF VERMONT

| | |
|---|---|
| CAROL NOVAJOSKY and<br>MICHAEL N. NOVAJOSKY,<br><br>        Plaintiffs,<br><br>        v.<br><br>SCHNEIDER NATIONAL, INC.,<br>SCHNEIDER NATIONAL CARRIERS,<br>INC., and PAUL ROZON,<br><br>        Defendants. | CIVIL ACTION NO.<br><br>1:06-cv-57 (ECF) |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

RAWLE & HENDERSON LLP

By: _____
Gary N. Stewart, Esquire
Attorney for Defendants,
Schneider National, Inc.,
Schneider National Carriers, Inc. and
Paul Rozon
25 North Front Street, First Floor
Harrisburg, PA 17101
gstewart@rawle.com

LAW OFFICES OF
  MICHAEL R. GADUE

By: _____ 4/10/07
Michael R. Gadue, Esquire
Attorney for Plaintiffs,
Carol Novajosky and
Michael N. Novajosky
38 Poor Farm Road
Colchester, VT 05446
mrgadue@aol.com

_____
                                                J.